# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# Western Division—Kansas City

In re: Nathan A. Munyon,

          Debtor.

Case No. 23-40024-drd7

_____

### United States Trustee's Motion to Extend Time
### to File Motion to Dismiss Under § 707 and to File Complaint
### Objecting to Discharge Under § 727

_____

Under Federal Rules of Bankruptcy Procedure 1017(e) and 4004(b), the United States Trustee moves the Court for an order extending the time for filing a motion to dismiss under 11 U.S.C. § 707 and for filing a complaint objecting to the debtor's discharge under § 727.

On January 9, 2023, debtor filed a voluntary petition under chapter 7. The creditors' meeting under § 341(a) of the Bankruptcy Code has been continued to May 24, 2023. The last date for filing a motion to dismiss under § 707 or for filing a complaint objecting to debtor's discharge is April 17, 2023. This deadline has not been extended previously.

Under Rules 1017(e) and 4004(b), the Court may extend the dismissal and discharge deadlines upon timely application and for cause. The U.S. Trustee is reviewing this case to determine whether

grounds exist to file a motion to dismiss under § 707 or a complaint objecting to the debtor's discharge under § 727.

Accordingly, cause exists to extend the filing deadlines. The U.S. Trustee requests an extension of 60 days, or through June 16, 2023, within which to file a motion to dismiss under § 707 or a complaint objecting to discharge under § 727.

    Respectfully submitted,

    DANIEL J. CASAMATTA,
    ACTING UNITED STATES TRUSTEE

    By *Christopher T. Borniger*, No. 24692 (KS)
    400 E. 9th St., Room 3440
    Kansas City, MO 64106
    816-512-1946 (phone)
    816-512-1967 (fax)
    Christopher.T.Borniger@usdoj.gov

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was caused to be served by electronic notification, on April 13, 2023, on the Court's electronic case filing system and by U.S. Mail, postage prepaid, upon parties who have requested service of pleadings, but who do not receive service via the Court's electronic case filing system, as well as to the following:

Nathan A. Munyon
9347 Bales Ave., Apt. 2207
Kansas City, MO 64132

*Christopher T. Borniger*