# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

In re:                                      )
                                            )
**NATHAN A MUNYON**            )    **Case #: 23-40024-DRD-7**
                                            )
            Debtor.                 )

## TRUSTEE'S SECOND MOTION TO EXTEND TIME
## TO OBJECT TO DEBTOR'S DISCHARGE

**COMES NOW** the duly appointed Chapter 7 Trustee, Janice E. Stanton, and pursuant to Bankruptcy Rule 4004(b), moves the Court for an Order to extend the time to object to Debtor's discharge pursuant to §727 of the United States Bankruptcy Code. The Trustee is still in the process of investigating and requesting additional information from the Debtor in order to proceed in this matter. Therefore, the Trustee requests an additional sixty (60) days, or to and including the 16th Day of August, 2023 to object to the Debtor's discharge pursuant to §727, U.S.C., and pursuant to Bankruptcy Rule 4004(b), cause exists for extending the time for filing a Complaint objecting to the discharge of the Debtor.

**WHEREFORE**, the Trustee prays that the Court enter an Order extending the time in which to object to the Debtor's discharge for an additional sixty (60) days or to and including the **16th** day of **August, 2023,** and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Janice E. Stanton*
**JANICE E. STANTON, MO. BAR #34055**
104 West 9th Street - Suite 303
Kansas City, Missouri  64105
Telephone:  816/421-7770
Facsimile:    816/421-7773
Email:  jstanton@sr-lawfirm.com
*Attorney for Trustee*

## PLEASE TAKE NOTICE THAT:

Any response to this motion must be filed within TWENTY-ONE (21) days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court. Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov.  Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106.  Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem.  The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing.  Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest.  If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

## CERTIFICATE OF SERVICE

I, Janice E. Stanton, hereby certify that on this **7th** day of **June, 2023,** the above and foregoing MOTION was filed electronically with the Clerk of the United States Bankruptcy Court for the Western District of Missouri and notice of this filing was served electronically by the Clerk of the Bankruptcy Court to parties of interest registered on the ECF system in this case and a duplicate copy was deposited in the United States mail, via first-class postage prepaid to the following:

NATHAN A MUNYON
9347 BALES AVENUE, APT 2207
KANSAS CITY, MO  64132

*/s/ Janice E. Stanton*
**Janice E. Stanton**